UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20881-CR-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JORGE GRANADOS,

    Defendant.
_____/

**ORDER ON MOTION FOR DISBURSEMENT OF BOND**

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Disburse Bond, DE #90. The Court being fully advised, it is hereby ORDERED that the motion is hereby Granted. The Clerk of Court shall disburse the cash bond in the amount of $5,000.00 plus any accrued interest to John Wylie, pursuant to the notice of assignment filed with the Clerk of Court.

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami- Dade County, Florida this  2nd  day of November, 2011.

                                              _____
                                              **JOAN A. LENARD**
                                              **UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record
     Financial